## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 14th day of April, 2005, I caused a true and correct copy of the **Stipulation of Voluntary Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Marvin E. Franklin, Esquire
NAJJAR DENEBURG, P.C.
2125 Morris Avenue
Birmingham, AL 35203

_____
Mary E. Augustine (No. 4477)